UNITED STATES DISTRICT COURT **FILED**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION  MAY 25 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Samuel Sledge-Plaintiff,
v
The Village of Melrose Park-Defendant,

CASE NO 1: 2022 CV 03935

Motion for Judgment as a matter of law (C) 12

Jurisdiction Article 111 § 11 USC Extend to cases and controversy's under USC.

1. Law; motion to invoke the agency's original jurisdiction on its application of ordinance and state law. That conflicts with federal law under Article 1 § 8 cl 3.

2. The final order must apply a rehearing for contested cases under APA 5 ILCS 100/1-30, 5 ILCS 100/1 50 and hearing are allowed under 235 ILCS 5 /7-9. the failure to apply the following statutes affected equal protection of law under the USC.

3. The mayors final order conflicts with due process of law the arbitrary and capricious (not done by statute) order doesn't allow equal protection of law.

Cases and controversy's

4. The requirement for the due process clause is the provision of adequate notice and some kind of hearing before an individual is deprived of property or interest Bradley v village of Univ. Park 929, F 3d. 875, 882 (7th cir. 2019).

Motion to dismiss under 12 (b) 6

5. A district court must limit itself to the facts stated in the complaint or documents to the complaint as exhibits Kramer v Time Warner Inc, 937 F.2d. 767, 773 (2d Cir. 1991) **See plaintiff exhibits 7.**
6. A claim has factual plausibility when the plaintiff factual contents that allows the court to draw the reasonable inference that the defendant is libel for his misconduct alleged, Ashcroft v Iqbal 556, U.S. 662, 678, 129 S Ct. 1937, 173 L. E. 2d 868 (2009).

7. The court must accept all factual allegations as true, but give no effect to legal conclusions, Skinner v Switzer 562, U.S. 521, 530, (2011) **All facts in the pleadings are true and the court to apply the law to the facts to the motion on the pleadings. The commissioner must accept plaintiff certificate of authority to transact business**

8. The fact is that the village doesn't regulate foreign cooperation's and that the court must apply the act of congress that regulates international commerce for foreign cooperation's. In its findings.

9. Judgment on the pleadings on the basics that no answer has been filed to admit or deny the factual pleadings enclosed, that there are no material issues of fact to be resolved, and that the plaintiff is entitled to judgment as a matter of law.

WHEREFORE, plaintiff respectfully request that this honorable court deny defendants motion to dismiss that her motion must accept all factual allegations as true for failure to deny.

708 415 5055
Samuel Sledge
907 N. Lawler
Chicago, Illinois 60651

/Samuel Sledge/

Defendant was notified by e mail 5/25/2023

FILED DATE: 10/4/2021 2:55 PM 2021CH01511



# OFFICE OF THE SECRETARY OF STATE
## JESSE WHITE-Secretary of State

6248-679-1
MAY 28, 2021

SABRIAN SLEDGE
4842 BUTTERFIELD RD
HILLSIDE, IL 60162

RE LOGIC EXAMINATION ASSISTANCE LTD.

DEAR SIR OR MADAM:

ENCLOSED YOU WILL FIND THE REINSTATED AUTHORITY FOR THE ABOVE NAMED CORPORATION TO TRANSACT BUSINESS IN THIS STATE.

FEES IN THIS CONNECTION HAVE BEEN RECEIVED AND CREDITED.

SINCERELY,

JESSE WHITE
SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
CORPORATION DIVISION
TELEPHONE (217) 782-6961

EX 8 - AuThenTicaTed

Full Faith and credit must be given To The ACTS 28 USC § 1738

ART 1 § 8 CL-3 And 805 ILCS 5/13.05 And 235 ILCS 5/6-10 (a)

FILED DATE: 10/4/2021 2:55 PM 2021CH01511

Case: 1:22-cv-03935 Document #: 42 Filed: 05/25/23 Page 4 of 4 PageID #:146



Ronald M. Serpico
**MAYOR**

Mary Ann Paolantonio
**CLERK**

**Village of Melrose Park**

-TRUSTEES-

Anthony N. Abruzzo
Louis "Sonny" Nicotera
Jaime Angulano
Anthony J. Prignano
Arturo J. Mota
Mary Ramirez-Taconi

June 15, 2021

<u>VIA REGULAR & CERTIFIED MAIL</u>
Samuel Sledge
907 N. Lawler
Chicago, Illinois 60651

Re: Request for Re-Hearing

Dear Mr. Sledge:

The Village of Melrose Park is in receipt of a document dated June 9, 2021 made to the attention of the local liquor control commissioner for the Village of Melrose Park requesting a re-hearing of the May 24, 2021 "hearing." Kindly be advised that the meeting that occurred before the Village of Melrose Park Board of Trustees on May 24, 2021 was a regularly scheduled Village Board meeting which included consideration of your application for a business license, which was denied. Your application for a Melrose Park liquor license for a private social club was separately denied by the local liquor control commissioner for the Village of Melrose Park. Your purported request for a "re-hearing" is denied. A hearing on your initial application for a liquor license was not required under the Village's Code of Ordinances or the Illinois Liquor Control Act.

Sincerely,

Ronald M. Serpico,
Local Liquor Control Commissioner

*[Handwritten annotation:]* EXHIBIT 7
There are no Acts in this Athendication To give Full Credit Too. Therefore Unconstitutional Inconsistant To
28 USC § 1738